JOHNSTON et al., Appellants, v. MARTIN, Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by William J. Johnston and others against Thomas Commerford Martin. Thomas J. Kieghor, for appellants. Masten Nichols, for respondent. No opinion. Motion for reargument. Motion denied, with $10 costs. See 31 N. Y. Supp. 34.

KELLY, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Anna T. Kelly against the Manhattan Railway Company. J. T. Davies, for appellant. L. C. Dessau, for respondent. No opinion. Judgment affirmed, with costs.

KING, Respondent, v. TOWNSHEND, Appellant. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Lewis C. King against John Townshend, impleaded. Jno. Townshend, for appellant. L. A. Gould, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 29 N. Y. Supp. 181.

KUNZMANN, Respondent, v. NEW YORK & R. B. RY. CO., Appellant. (City Court of Brooklyn, General Term. March 25, 1895.) Action by Lena Kunzmann against the New York & Rockaway Beach Railway Company. Wm. C. Beecher, for appellant. Hurd & Grim, for respondent.

PER CURIAM. The plaintiff was injured while alighting from a train. Whether or not it was the train of the defendant or of the Long Island Railroad Company was controverted. The appellant insists that the evidence was insufficient to carry this question to the jury, and this alone we are asked to pass upon. The plaintiff's case in this respect is much stronger than it was on the former appeal, and the force of the affirmative testimony offered by the defendant to show that it was the train of the Long Island Railroad Company was so weakened by contradictions and inconsistencies therein, and by the manifest bias of the witnesses and their doubts on material points, as to justify the jury in discrediting the same. This question was properly submitted to the jury. See our opinion on the former appeal in this case (Kunzmann v. Railroad Co., 8 Misc. Rep. 689. 29 N. Y. Supp. 327). Judgment and order affirmed, with costs. See 27 N. Y. Supp. 132; 29 N. Y. Supp. 327.

LA FAVRE, Appellant, v. HAND, Respondent. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Marie M. La Favre against Clifford A. Hand. A. Pagelow, for appellant. Frederick R. Coudert, for respondent. No opinion. Judgment affirmed, with costs.

LAJOS, Respondent, v. EDEN MUSEE AMERICAN CO., Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Munczi Lajos against Eden Musee American Company. Seligman & Seligman, for appellant. Dittenhoefer & Gerber, for respondent. No opinion. Motion for reargument. Motion denied, with $10 costs. See 30 N. Y. Supp. 916.

In re LAPHAM'S ESTATE. (Supreme Court, General Term, Third Department. February 26, 1895.) No opinion. Order of the surrogate reversed, and the case remitted to the surrogate, with direction to grant motion, with $10 costs and printing and other disbursements.

McCANN v. MAY. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by Thomas McCann against Jacob May. No opinion. Judgment affirmed, with costs, with leave to defendant to answer in 20 days on payment of costs. All concur.

McCONIHE, Respondent, v. THOMPSON, Appellant. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by Alonzo McConihe against Charles E. Thompson. No opinion. Judgment affirmed, with costs.

McDUGAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Peter McDugan against the New York Central & Hudson River Railroad Company. Lamb, Osborn & Petty, for appellant. Frank Loomis, for respondent. No opinion. Judgment affirmed, upon the opinion of the general term upon the former appeal in this action. See 31 N. Y. Supp. 135.